ACCEPTED
01-14-00923-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 4:35:05 PM
CHRISTOPHER PRINE
CLERK

NO.  01-14-00923-CR

IN THE COURT OF APPEALS

FOR THE FIRST JUDICIAL DISTRICT

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/25/2015 4:35:05 PM

CHRISTOPHER A. PRINE
Clerk

_____

**ADAM P. PATY**

**v.**

**STATE OF TEXAS**

_____

On Appeal from the County Criminal Court at Law No. 11
Harris County, Texas
Trial Court No. 1921947

_____

**PATY'S *FIRST* MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

_____

Appellant, through Neal Davis, files this first motion for an extension of time to file his reply brief to the state's brief, showing specifically:

1.      The Appellant's reply brief is due June 29, 2015.

2.      Undersigned maintains several criminal docket settings virtually every weekday in the Harris County Criminal Justice Center.

3.      Additionally, undersigned represents the defendant in *U.S. v. Hughes*, Criminal No. G-15-MJ-32, in the Southern District of Texas, Galveston Division. Undersigned has recently been focusing on Mr. Hughes' detention hearing and bond conditions in this federal case. This is a complex child pornography case,

involving a cancer doctor, that took considerable time in preparing and conducting the detention hearing.

4.    This Motion for Continuance is not made for purposes of delay, but so that justice may be done.

Paty therefore respectfully requests a 30-day extension to file his reply brief.

Respectfully submitted,

STRADLEY, DAVIS & REYNAL LLP

/s/ Neal Davis
Neal Davis
Texas Bar No. 24001117

917 Franklin Street, Suite 600
Houston, Texas 77002
Telephone:   (713) 227-4444
Facsimile:    (800) 760-7140
**LAWYER FOR APPELLANT**

## CERTIFICATE OF SERVICE

I certify that a copy of **PATY'S FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** has been delivered to Harris County Assistant District Attorney's Office on June 25, 2015.

/s/ Neal Davis
Neal Davis

2

NO. 01-14-00923-CR
IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

_____

**ADAM P. PATY**

**v.**

**STATE OF TEXAS**

_____

On Appeal from the County Criminal Court at Law No. 11
Harris County, Texas
Trial Court No. 1921947

_____

**ORDER**

_____

Upon considering **PATY'S *FIRST* MOTION FOR EXTENSION OF TIME**

**TO FILE REPLY BRIEF** —

*It is ordered* GRANTED.

Appellant's reply brief is due on _____.

Signed _____ _____, 2015.


_____
JUDGE PRESIDING

3